UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rebecca Marie Sharp,

    Plaintiff,

vs                                                               Case No: 05-70986
                                                                Honorable Victoria A. Roberts

Oakwood United Hospitals, et al,

    Defendants.

_____/

**<u>ORDER</u>**

      Defendants filed a Motion To Compel Expert Depositions Or In The Alternative To Strike Said Experts (Doc. #32). Plaintiff responded. The Court held a telephone conference on April 11, 2006. Attending were: Gregory Bereznoff representing the Plaintiff; Michael Rinkle representing Defendants Oakwood United Hospital, Dr. Udoro G. Uwedjojevwe and Professional Emergency Care, P.C.; and Amy Blackwell representing Eric Ketcham, M.D.

      Based on the discussion held, the Court **GRANTS** the Motion. Defendants are to notice the depositions of the experts to occur shortly, inasmuch as discovery has closed. In addition to compensating the experts for their time spent in deposition, Defendants are required to pay the experts a reasonable amount for the time spent in preparing for their depositions. See, *Barrett v Nextel Communications, Inc.*, 2006 WL 374757 (E.D. Mich); *Mock v Johnson*, 218 F.R.D. 680; *Boos v Prison Heath Services*, 212 F.R.D. 578; *Collins v Village of Woodridge*, 197 F.R.D. 354; and *Putnal v The*

*Guardian Life Insurance Company of America*, 2005 WL 3532381.

**IT IS SO ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 11, 2006

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 11, 2006.<br><br>s/Linda Vertriest<br>Deputy Clerk |