UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA MARIE SHARP, as Personal
Representative of the Estate of Carson
Kaplan Sharp, deceased,                          Case No.  05-70986

        Plaintiff,                         District Judge Victoria A.  Roberts
                                    Magistrate Judge R.  Steven Whalen

v.

OAKWOOD UNITED HOSPITALS and/or
OAKWOOD HEALTH CARE, INC., et al.,

        Defendants.

_____/

**ORDER**

For the reasons and under the terms stated on the record on September 19, 2006,

Plaintiff's Motion to Compel Discovery [Docket #47] is GRANTED.

SO ORDERED.

S/R.  Steven Whalen_____
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  September 20, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on September 20, 2006.

S/Gina Wilson_____
Judicial Assistant