UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA MARIE SHARP, as Personal
Representative of the Estate of Carson
Kaplan Sharp, deceased,   Case No. 05-70986

       Plaintiff,   District Judge Victoria A. Roberts
                                          Magistrate Judge R. Steven Whalen
v.

OAKWOOD UNITED HOSPITALS and/or
OAKWOOD HEALTH CARE, INC., et al.,

       Defendants.

_____/

**ORDER DENYING MOTION TO AMEND COMPLAINT**

For the reasons stated on the record on September 19, 2006, Plaintiff's Motion to Allow Second Amended Complaint [Docket #48] is DENIED.

SO ORDERED.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2006.

                                          S/Gina Wilson
                                          Judicial Assistant